UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DUSTIN MCDANIEL, et ano.,

Plaintiffs,

-against- 26-cv-8975 (LAK)

TODD BLANCHE, etc., et ano.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/26

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

Defendants shall file any opposition to the plaintiffs' motion no later than 6 p.m. on Thursday, October 15, 2026. the Court will hear argument via Teams on Friday, October 16, 2026 at 3:30 p.m. Counsel shall make arrangements with the acting case manager, Mr. Quintero, for the Teams hearing.

Counsel should be prepared on Friday to address the prompt scheduling of any evidentiary hearing should such a hearing be necessary.

SO ORDERED.

Dated: October 14, 2026

Lewis A. Kaplan
United States District Judge